VIRGINIA:

IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

FASTMETRIX, INC., )
)
    Plaintiff, )
)
v. )   CASE NO. 2011-10047
)
ITT CORPORATION, )
)
    Defendant. )

## PLEADINGS

| TAB | FILED BY | DOCUMENT | DATE FILED |
|---|---|---|---|
| 1 | Plaintiff | Complaint & Summons | 7/8/11 |
| 2 | Defendant | Demurrer | 8/8/11 |
| 3 | Defendant | Answer and Counterclaims to Plaintiff's Complaint | 8/8/11 |
| 4 | Court | Notice of Scheduling Conference – **September 27, 2012 @ 8:30 AM** | 8/15/11 |
| 5 | Plaintiff | Friday Motions Day – Praecipe/Notice – **9/2/11 @ 10:00 AM** | 8/19/11 |
| 6 | Plaintiff | Motion to Appear Pro Hac Vice | 8/19/11 |
| 7 | Plaintiff | Fastmetrix, Inc.'s Demurrer to Counterclaim | 8/31/11 |
| 8 | Court | Order granting Motion to Appear Pro Hac Vice for Gordon Bartley Loftin & Christopher Kuffner | 9/2/11 |
| 9 | Court | Notice of Scheduling Conference held **October 18, 2011** | 10/18/11 |
| 10 | Court | Order – Demurrer to be heard **December 2, 2011** | 10/18/11 |
| 11 | Court | Order – Demurrer to Counterclaim to be heard **December 9, 2011** | 10/18/11 |
| 12 | Defendant | Praecipe for Demurrer – December 2, 2011 | 11/18/11 |
| 13 | Defendant | Defendant's Memorandum in Support of Demurrer to Complaint | 11/18/11 |
| 14 | Plaintiff | Praecipe for Fastmetrix's Demurrer to Counterclaim – December 9, 2011 | 11/23/11 |
| 15 | Plaintiff | Praecipe for Defendant's Demurrer – December 2, 2011 | 11/23/11 |
| 16 | Plaintiff | Fastmetrix's Memorandum in Opposition to ITT's Demurrer | 11/23/11 |
| 17 | Plaintiff | Fastmetrix's Memorandum in Support of Demurrer to Counterclaim | 11/23/11 |
| 18 | Court | Order Granting the Demurrer to Count I and Count IV | 12/2/11 |

6156851-v1

-2-

| TAB | FILED BY | DOCUMENT | DATE FILED |
|---|---|---|---|
| 19 | Defendant | ITT's Memorandum in Opposition to Demurrer to Counterclaims (Served on Counsel 12/4/11) | 12/5/11 |
| 20 | Court | Order Granting Demurrer as to Count I | 12/9/11 |
| 21 | Plaintiff | Amended Complaint | 12/27/11 |
| 22 | Defendant | Defendant's Demurrer to Plaintiff's Amended Complaint | 1/17/12 |
| 23 | Defendant | Defendant's Plea in Bar to Plaintiff's Amended Complaint | 1/17/12 |
| 24 | Defendant | Defendant's Answer to Plaintiff's Amended Complaint | 1/17/12 |
| 25 | Plaintiff | Fastmetrix's Motion to Compel Depositions and Memorandum in Support of Motion to Compel Depositions w/Praecipe/Notice | 3/2/12 |
| 26 | Plaintiff | Motion to Substitute Counsel w/Praecipe/Notice | 3/9/12 |
| 27 | Defendant | Defendant's Memorandum in Support of Demurrer to Plaintiff's Amended Complaint w/Praecipe/Notice | 3/9/12 |
| 28 | Defendant | ITT's Memorandum in Opposition to Fastmetrix's Motion to Compel Depositions | 3/9/12 |
| 29 | Plaintiff | Fastmetrix's Memorandum in Opposition to ITT's Demurrer to Fastmetrix's Amended Complaint | 3/23/12 |
| 30 | Court | Order on Demurrer to Amended Complaint 4/20/12 | 4/20/12 |
| 31 | Plaintiff | Second Amended Complaint | 5/11/12 |
| 32 | Defendant | Defendant's Answer to Plaintiff's Second Amended Complaint | 6/6/12 |
| 33 | Plaintiff's | Plaintiff's Motion for Leave to Amend | 10/26/12 |
| 34 | Court | Agreed Order Granting Plaintiff's Motion for Leave to Amend | 11/9/12 |

6156851-v1