VIRGINIA:

IN THE CIRCUIT COURT OF THE COUNTY OF FAIRFAX
Civil Division

| | |
|---|---|
| FASTMETRIX, INC. Plaintiff, v. ITT CORPORATION, Defendant. | Case No. 2011-10047 |

### AGREED ORDER

IT APPEARING TO THE COURT, upon consideration of Plaintiff FastMetrix's Motion For Leave To Amend, that the parties have consented to FastMetrix's filing of a Third Amended Complaint, as evidenced by the signatures of counsel below;

It is therefore ORDERED as follows:

1. FastMetrix's Motion For Leave To Amend its complaint is GRANTED;

2. FastMetrix's Third Amended Complaint, attached to Fastmetrix's Motion For Leave To Amend, is deemed to be, and is considered to have been, FILED concurrently with the entry of this Order;

3. ITT Corporation, by consenting to FastMetrix's Motion for Leave to Amend, does not waive and has preserved any and all defenses, procedures, or pleadings, of any nature, to the claims and allegations of the Third Amended Complaint that would otherwise be available to ITT on the filing of the Third Amended Complaint as an original complaint; and

4. ITT Corporation shall file responsive pleadings to the Third Amended Complaint on or before November 23, 2012.

AND THIS CAUSE IS CONTINUED.

ENTERED THIS 9th DAY OF November 2012.

*[signature]*
CIRCUIT JUDGE

2

WE ASK FOR THIS:

SUROVELL ISAACS PETERSEN & LEVY PLC

By: _____

Scott A. Surovell, Esq., VSB #40278
Nathan D. Rozsa, Esq., VSB #77268
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Direct Dial 703.277.9750
Facsimile 703.591.9285
Counsel for FastMetrix, Inc.

SEEN AND AGREED:

BRADLEY ARANT BOULT CUMMINGS LLP

By: _____

G. Bartley Loftin, III, Esq., *pro hac vice*
Benjamin L. McArthur, Esq., *pro hac vice*
200 Clinton Avenue West
Suite 900
Huntsville, AL 35801
Telephone 256.517.5134
Facsimile 256.517.5200
bloftin@babc.com
Counsel for FastMetrix, Inc.

SEEN AND **AGREED**

VENABLE LLP

By: _____

William D. Dolan, III, Esq.
David R. Warner, Esq.
VENABLE LLP
8010 Tower Crescent Drive, Suite 300
Tysons Corner, VA 22182
Telephone 703.760.1600
Facsimile 703.821.8949
Counsel for Defendant