```
Court Name: United States District Court
Division: 1
Receipt Number: 14683032181
Cashier ID: sbrown
Transaction Date: 11/13/2012
Payer Name: VENABLE LLP
------------------------------------
CIVIL FILING FEE
 For: VENABLE LLP
 Amount:        $350.00
------------------------------------
CHECK
 Remitter: VENABLE LLP
 Check/Money Order Num: 7355
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

FILING FEE
112CV1291
```